1  Shaun Setareh (SBN 204514)
     shaun@setarehlaw.com
2  H. Scott Leviant (SBN 200834)
     scott@setarehlaw.com
3  SETAREH LAW GROUP
   9454 Wilshire Boulevard, Suite 907
4  Beverly Hills, California 90212
   Telephone:  (310) 888-7771
5  Facsimile:   (310) 888-0109

6  Attorneys for Plaintiff
   JEREMY R. LUSK
7
   Kevin V. Koligian (SBN 258711)
8   kkoligian@littler.com
   Laura E. Stecker (SBN 314064)
9   lstecker@littler.com
   LITTLER MENDELSON, P.C.
10 5200 N. Palm Avenue, Suite 302
   Fresno, California 93704
11 Telephone:  (559) 244-7500
   Facsimile:   (559) 244-7525
12
   Attorneys for Defendant
13 FIVE GUYS ENTERPRISES, LLC and
   ENCORE FGBF, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNLIMITED JURISDICTION

| | |
|---|---|
| JEREMY R. LUSK, on behalf of himself, all others similarly situated, and the general public,<br><br>    *Plaintiff*,<br><br>    vs.<br><br>FIVE GUYS ENTERPRISES, LLC, a Delaware limited liability company; ENCORE FGBF, LLC, a Delaware limited liability company; and DOES 1-100, inclusive,<br><br>    *Defendants*. | Case No. 1:17-CV-00762-AWI-EPG<br><br>Assigned For All Purposes To The Honorable Erica P. Grosjean, Department 10<br><br>**STIPULATION TO EXTEND CLASS CERTIFICATION MOTION DEADLINES; ORDER**<br><br>(ECF No. 25) |

Plaintiff JEREMY R. LUSK ("Plaintiff") and Defendants FIVE GUYS ENTERPRISES, LLC, ENCORE FGBF, LLC, ("Defendants") ("collectively with Plaintiff, the "Parties"), through their respective counsel, herby stipulate to extend the class certification motion deadlines as follows:

WHEREAS, on May 2, 2017, Plaintiff filed putative class action in the Kings Superior Court alleging Defendant's various violations of the Labor Code and the Fair Credit Reporting Act;

WHEREAS, on June 2, 2017, Defendants removed the action to this Court;

WHEREAS, the Court ordered the following briefing schedule for Plaintiff's anticipated Motion for Class Certification: Motion for Class Certification on August 3, 2018, Defendant's Opposition to Motion for Class Certification on September 3, 2018, Plaintiff's Reply to Opposition to Motion for Class Certification on September 18, 2018, and the hearing on Plaintiff's Motion for Class Certification is not set;

WHEREAS, since January of 2018, Plaintiff has engaged in extensive discovery, serving Defendants with two sets of Interrogatories, Request for Production of Documents and Request for Admission;

WHEREAS, on April 25, 2018, Defendants took Plaintiff's deposition;

WHEREAS, on May 17, 2018, Defendants served Plaintiff with two sets of Interrogatories, Request for Production of Documents and Request for Admission;

WHEREAS, the Parties previously agreed to participate in private mediation;

WHEREAS, the Parties have met and conferred and agreed to attend private mediation with Deborah Crandall Saxe of JAMS;

WHEREAS, due to the availability of Ms. Saxe as well as various conflicts among the Parties, the first available mediation date that works for Ms. Saxe and the Parties is August 22, 2018;

WHEREAS, the Parties have scheduled and confirmed August 22, 2018 for the mediation with Ms. Saxe;

WHEREAS, the Parties have met and conferred and agree that it would be in the interest of justice and preservation of time and resources for the Parties and the Court to complete mediation

before Plaintiff files his motion for class certification;

WHEREAS, in light of the above, the Parties have agreed to enter into a Stipulation that will seek an Order to extend the deadlines for the anticipated briefing schedule for motion for class certification;

WHEREAS, the Parties have agreed that, except as otherwise stated, nothing in this Stipulation shall operate as a waiver of any rights they may have in this action;

THEREFORE, the Parties enter into a Stipulation respectfully seeking an Order to extend the class certification briefing schedule as follows:

|  | Current Deadline | Requested Deadline |
|---|---|---|
| Last Day to File Class Certification Motion | August 3, 2018 | October 2, 2018 |
| Last Day to File Opposition to Class Certification Motion | September 3, 2018 | November 2, 2018 |
| Last Day to File Reply in support of Class Certification Motion | September 18, 2018 | November 19, 2018 |
| Hearing on Class Certification Motion | Currently Not Set | A Date Most Convenient for the Court |

**IT IS SO STIPULATED.**

DATED: June 26, 2018                    SETAREH LAW GROUP


                                        */s/ Shaun Setareh*
                                        SHAUN SETAREH
                                        H. SCOTT LEVIANT

                                        Attorneys for Plaintiff
                                        JEREMY R. LUSK

| | |
|---|---|
| 1 | DATED: June 26, 2018            LITTLER MENDELSON, P.C. |
| 2 | |
| 3 | |
| 4 |                              */s/ Kevin Koligian* <br>                              KEVIN V. KOLIGIAN <br>                              LAURA E. STECKER |
| 5 | |
| 6 |                              Attorneys for Defendant <br>                              FIVE GUYS ENTERPRISES, LLC and <br>                              ENCORE FGBF, LLC |
| 7 | |

# ORDER

For good cause, and pursuant to the Parties' stipulation, the request for an extension of time for the class certification briefing schedule (ECF No. 25) is GRANTED.

The modified class certification briefing schedule is as set forth below, with a hearing on the class certification motion set for **December 14, 2018, at 10:00 AM**, in Courtroom 10, before Magistrate Judge Erica P. Grosjean.

The telephonic status conference set for December 5, 2018, is VACATED.

|  | Requested Deadline |
|---|---|
| Last Day to File Class Certification Motion | October 2, 2018 |
| Last Day to File Opposition to Class Certification Motion | November 2, 2018 |
| Last Day to File Reply in support of Class Certification Motion | November 19, 2018 |
| Hearing on Class Certification Motion | December 14, 2018, 10:00 AM |

IT IS SO ORDERED.

Dated: __**June 26, 2018**__          /s/ *Erica P. Grosjean*
                                                      UNITED STATES MAGISTRATE JUDGE