1  Shaun Setareh (SBN 204514)
     shaun@setarehlaw.com
2  H. Scott Leviant (SBN 200834)
     scott@setarehlaw.com
3  SETAREH LAW GROUP
   9454 Wilshire Boulevard, Suite 907
4  Beverly Hills, California 90212
   Telephone:   (310) 888-7771
5  Facsimile:   (310) 888-0109

6  Attorneys for Plaintiff
   JEREMY R. LUSK

7

   Kevin V. Koligian (SBN 258711)
8    kkoligian@littler.com
   Laura E. Stecker (SBN 314064)
9    lstecker@littler.com
   LITTLER MENDELSON, P.C.
10 5200 N. Palm Avenue, Suite 302
   Fresno, California 93704
11 Telephone:   (559) 244-7500
   Facsimile:   (559) 244-7525

12
   Attorneys for Defendant
13 FIVE GUYS ENTERPRISES, LLC and
   ENCORE FGBF, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## UNLIMITED JURISDICTION

| | |
|---|---|
| JEREMY R. LUSK, on behalf of himself, all others similarly situated, and the general public,<br><br>        *Plaintiff*,<br><br>        vs.<br><br>FIVE GUYS ENTERPRISES, LLC, a Delaware limited liability company; ENCORE FGBF, LLC, a Delaware limited liability company; and DOES 1-100, inclusive,<br><br>        *Defendants*. | Case No. 1:17-CV-00762-AWI-EPG<br><br>Assigned For All Purposes To The Honorable Erica P. Grosjean, Department 10<br><br>**STIPULATION TO EXTEND CLASS CERTIFICATION MOTION DEADLINES; ORDER**<br><br>**(ECF No. 27)**<br><br>Action Filed:    May 2, 2017<br>Action Removed: June 2, 2017 |

| | |
|---|---|
| 1 | Plaintiff JEREMY R. LUSK ("Plaintiff") and Defendants FIVE GUYS ENTERPRISES, |
| 2 | LLC, ENCORE FGBF, LLC, ("Defendants") ("collectively with Plaintiff, the "Parties"), through |
| 3 | their respective counsel, herby stipulate to extend the class certification motion deadlines as |
| 4 | follows: |
| 5 |     WHEREAS, on May 2, 2017, Plaintiff filed putative class action in the Kings Superior |
| 6 | Court alleging Defendants' various violations of the Labor Code and the Fair Credit Reporting Act; |
| 7 |     WHEREAS, on June 2, 2017, Defendants removed the action to this Court; |
| 8 |     WHEREAS, the Court ordered the following briefing schedule for Plaintiff's anticipated |
| 9 | Motion for Class Certification: Motion for Class Certification on August 3, 2018, Defendants' |
| 10 | Opposition to Motion for Class Certification on September 3, 2018, Plaintiff's Reply to Opposition |
| 11 | to Motion for Class Certification on September 18, 2018; |
| 12 |     WHEREAS, the Parties met and conferred and agreed to attend private mediation with |
| 13 | Deborah Crandall Saxe of JAMS; |
| 14 |     WHEREAS, because the mediation with Ms. Saxe was previously scheduled for August 22, |
| 15 | 2018, and pursuant to the Parties' stipulation filed on June 25, 2018, this Court continued the initial |
| 16 | briefing schedule as follows: Motion for Class Certification due on October 2, 2018, Defendants' |
| 17 | Opposition to Motion for Class Certification due on November 2, 2018, and Plaintiff's Reply to |
| 18 | Opposition to Motion for Class Certification due on November 19, 2018; |
| 19 |     WHEREAS, due to changes in Ms. Saxe's availability, the August 22, 2018 mediation was |
| 20 | cancelled and rescheduled for October 10, 2018; |
| 21 |     WHEREAS, the Parties have met and conferred and agree that it would be in the interest of |
| 22 | justice and preservation of time and resources for the Parties and the Court to complete mediation |
| 23 | before Plaintiff files his motion for class certification; |
| 24 |     WHEREAS, in light of the above, the Parties have agreed to enter into a Stipulation that will |
| 25 | seek an Order to extend the deadlines for the anticipated briefing schedule for motion for class |
| 26 | certification; |
| 27 |     WHEREAS, the Parties have agreed that, except as otherwise stated, nothing in this |
| 28 | Stipulation shall operate as a waiver of any rights they may have in this action; |

Case No. 1:17-CV-00762-AWI-EPG     1     *Lusk v. Five Guys, et al*
STIPULATION TO EXTEND CLASS CERTIFICATION MOTION DEADLINES; ORDER

THEREFORE, the Parties enter into a Stipulation respectfully seeking an Order to extend the class certification briefing schedule as follows:

|  | Current Deadline | Requested Deadline |
|---|---|---|
| Last Day to File Class Certification Motion | October 2, 2018 | December 3, 2018 |
| Last Day to File Opposition to Class Certification Motion | November 2, 2018 | January 3, 2019 |
| Last Day to File Reply in support of Class Certification Motion | November 19, 2018 | January 17, 2019 |
| Hearing on Class Certification Motion | Currently Not Set | A Date Most Convenient for the Court |

DATED: September 6, 2018           SETAREH LAW GROUP


                                   */s/ Shaun Setareh*
                                   SHAUN SETAREH
                                   H. SCOTT LEVIANT

                                   Attorneys for Plaintiff
                                   JEREMY R. LUSK


DATED: September 6, 2018           LITTLER MENDELSON, P.C.


                                   */s/ Kevin Koligian*
                                   KEVIN V. KOLIGIAN
                                   LAURA E. STECKER

                                   Attorneys for Defendant
                                   FIVE GUYS ENTERPRISES, LLC and
                                   ENCORE FGBF, LLC

# ORDER

For good cause, and pursuant to the parties' stipulation (ECF No. 27), the parties' request to extend the time for the class certification briefing schedule is GRANTED as follows:

| | |
|---|---|
| Last Day to File Class Certification Motion | December 3, 2018 |
| Last Day to File Opposition to Class Certification Motion | January 3, 2019 |
| Last Day to File Reply in support of Class Certification Motion | January 17, 2019 |
| Hearing on Class Certification Motion | February 4, 2019, at 10:30 a.m., in Courtroom 2 before the Honorable Anthony W. Ishii, United States Senior District Court Judge. |

IT IS SO ORDERED.

Dated: **September 6, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE