# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY R. LUSK,<br><br>Plaintiff,<br><br>v.<br><br>FIVE GUYS ENTERPRISES, LLC, *et al.*,<br><br>Defendants. | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE AND MODIFY SCHEDULING ORDER**<br><br>Case No. 1:17-cv-00762-AWI-EPG<br><br>(ECF No. 31) |

Pursuant to the Parties' Stipulation (ECF No. 31), and finding good cause, the Court grants the request for additional time, to **January 14, 2019**, for the parties to file the appropriate dismissal documents.

IT IS SO ORDERED.

Dated: **December 17, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1