# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY R. LUSK,<br><br>Plaintiff,<br><br>v.<br><br>FIVE GUYS ENTERPRISES, LLC, *et al.*,<br><br>Defendants. | **ORDER GRANTING EXTENSION OF DEADLINE FOR FILING DISPOSITIONAL DOCUMENTS**<br><br>Case No. 1:17-cv-00762-AWI-EPG<br><br>(ECF No. 33) |

Pursuant to the Parties' request (ECF No. 33), and finding good cause, the Court grants the request for additional time, to **February 15, 2019**, for the parties to file the appropriate dismissal documents.

IT IS SO ORDERED.

Dated: **January 16, 2019**          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

1