UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY R. LUSK,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FIVE GUYS ENTERPRISES, LLC, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00762-AWI-EPG<br><br>**ORDER CONTINUING STATUS CONFERENCE**<br><br>(ECF Nos. 58, 59) |

　　　　On April 1, 2019, Plaintiff Jeremy R. Lusk filed a motion seeking preliminary approval of the parties' class action settlement. (ECF No. 36.) On December 23, 2019, District Judge Anthony W. Ishii entered an order denying the motion without prejudice. (ECF No. 43.) Plaintiff then filed a first amended motion for preliminary approval on May 18, 2020. (ECF No. 52.) Judge Ishii denied the amended motion without prejudice by an order entered on October 19, 2020 and referred this matter to the undersigned for further scheduling and management. (ECF No. 55.) A Status Conference was accordingly set for November 30, 2020. (ECF No. 56.) On November 23, 2020, the parties filed a Joint Status Report requesting that the Status Conference be continued because the parties intended to file a motion for preliminary approval that addressed Judge Ishii's concerns. (ECF No. 47.) Accordingly, the Status Conference was continued to February 1, 2021. (ECF No. 58.)

On January 22, 2021, the parties filed a Joint Status Report again requesting to continue the Status Conference because the parties intend to file an amended motion for preliminary approval in the following week. (ECF No. 59.) As this is the parties' second request for a continuance of the Status Conference in order to file an amended motion for preliminary approval, the Court will grant the requested continuance but will also set a deadline for filing the motion. No further continuances will be granted absent a showing of good cause.

Accordingly, IT IS HEREBY ORDERED:

1. Any amended motion for preliminary approval of the parties' class action settlement shall be filed within thirty (30) days of entry of this order; and
2. The Status Conference currently set for February 1, 2021, is CONTINUED to **March 30, 2021 at 9:30 AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean**. To appear telephonically, each party is to use the following dial-in number and passcode: Dial-in number 1-888-251-2909; Passcode 1024453. The parties are also reminded to file a joint status report one full week prior to the conference and email a copy of the same, in Word format, to epgorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:  **January 27, 2021**          /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE