UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY R. LUSK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FIVE GUYS ENTERPRISES, LLC, *et al.*,<br><br>　　　　Defendants. | Case No. 1:17-cv-00762-AWI-EPG<br><br>**ORDER GRANTING JOINT REQUEST TO CONTINUE STATUS CONFERENCE**<br><br>(ECF No. 68) |

On June 1, 2021, District Judge Anthony W. Ishii entered an order denying Plaintiff's second amended motion for preliminary approval and conditional certification. (ECF No. 66.) Pursuant to Judge Ishii's order, the matter was referred back to the undersigned for further scheduling and the Court set a Status Conference for July 1, 2021 to discuss the proposed schedule for proceeding with this action. (ECF No. 67.)

On June 24, 2021, the parties filed a Joint Status Report. (ECF No. 68.) According to the report, the parties are meeting and conferring and intend to file an amended motion for preliminary approval within the next forty-five days. (*Id.*) Accordingly, the parties request that the status conference be continued for approximately sixty days. (*Id.*)

The Court will grant the parties' request and continue the Status Conference. However, no further continuances will be granted absent a showing of good cause.

1

1 | Accordingly, IT IS HEREBY ORDERED that the Status Conference currently set for July 1, 2021, is CONTINUED to **September 14, 2021 at 11:00 AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean**. To appear telephonically, each party is to use the following dial-in number and passcode: dial-in number 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint status report one full week prior to the conference and email a copy of the same, in Word format, to epgorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated: **June 25, 2021**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE