Shaun Setareh (SBN 204514)
  shaun@setarehlaw.com
William M. Pao (SBN 219846)
  william@setarehlaw.com
SETAREH LAW GROUP
9665 Wilshire Boulevard, Suite 430
Beverly Hills, California 90212
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiffs
JEREMY R. LUSK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JEREMY R. LUSK, on behalf of himself, all others similarly situated, and the general public,<br><br>*Plaintiff*,<br><br>vs.<br><br>FIVE GUYS ENTERPRISES, LLC, a Delaware limited liability company; ENCORE FGBF, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>*Defendants*. | Case No. 1:17-cv-00762-AWI-EPG<br><br>Assigned For All Purposes To The Honorable Anthony W. Ishii, Courtroom 2<br><br>**SUPPLEMENTAL DECLARATION OF SHAUN SETAREH IN SUPPORT OF PLAINTIFF'S THIRD AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>Action Filed:    May 2, 2017<br>Action Removed: June 2, 2017 |

**DECLARATION OF SHAUN SETAREH**

I, Shaun Setareh, declare as follows:

1. I am admitted, in good standing, to practice as an attorney in the State of California, and the Eastern District of California. I have never been subject to discipline by the State Bar of California. I am a fully qualified, adult resident of the State of California, and, if called as a witness herein, I would testify truthfully to the matters set forth herein. All of the matters set forth herein are within my personal knowledge, except those matters that are stated to be upon information and belief. As to such matters, I believe them to be true. I am the principal of the law firm of Setareh Law Group. My business address is 9665 Wilshire Boulevard, Suite 430, Beverly Hills, California 90212, and my business telephone number is (310) 888-7771. I am counsel of record for Plaintiff.

2. This Declaration is submitted in support of Plaintiff's Third Amended Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class (the "Motion").

FULLY EXECUTED SECOND AMENDED SETTLEMENT AGREEMENT

3. At the time the Motion was filed, the Parties provided a partially executed copy of the Agreement that had only been signed by Plaintiff and his counsel, but not Defendants or their counsel, in order to comply with Judge Grosjean's case management order that an amended preliminary approval motion be filed by September 24, 2021.

4. Defendants and their counsel have since signed the Agreement. A true and correct copy of the *fully executed* Second Amended Joint Stipulation of Class Action Settlement and Release of Claims ("Stipulation" or "Agreement") is attached hereto as **Exhibit A**.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this 21st day of October 2021, at Beverly Hills, California.

*/s/ Shaun Setareh*
Shaun Setareh