# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEREMY R. LUSK,** | CASE NO. 1:17-cv-00762-JLT-EPG |
| Plaintiff, | |
| v. | **ORDER ON JOINT STIPULATION FOR CONTINUANCE OF FINAL APPROVAL HEARING** |
| **FIVE GUYS ENTERPRISES LLC; AND ENCORE FGBF, LLC,** | |
| Defendants. | (Doc. 94) |

Good cause appearing, the Parties' request to continue the final approval hearing currently scheduled for March 27, 2023, is **GRANTED**. The final approval hearing is **CONTINUED** to May 15, 2023 at 1:30 pm. The parties shall appear at the hearing remotely via Zoom video conference. Counsel may obtain the Zoom ID and password from the Courtroom Deputy prior to the conference. If objections to the settlement have been filed by the deadline, the Court will permit Counsel to provide the Zoom access information to those objectors.

The Parties are informed that the Court reserves the right to vacate the final approval hearing and decide the matters on the papers should no objections to the settlement be lodged with the Settlement Administrator or filed with the Court.

IT IS SO ORDERED.

Dated: **January 27, 2023**

UNITED STATES DISTRICT JUDGE